JAMES A. TILLMAN, Appellant, *v.* RUSSO-ASIATIC BANK, Respondent.

(Argued January 15, 1934; decided February 27, 1934.)

*Borris M. Komar* for appellant.

*Maurice Léon* and *André Maximov* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.